IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIE GARRETT, ) | |
| ) | |
| Plaintiff ) | Cause No.: 1:16-cv-2678 |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY HEALTH NETWORK, INC. ) | |
| ) | |
| Defendant ) | |

**COMPLAINT FOR DAMAGES**
**AND REQUEST FOR JURY TRIAL**

Plaintiff, Julie Garrett, by counsel and as his Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Julie Garrett, is a resident of Johnson County in the State of Indiana and a former employee of Defendant.

2. Defendant, Community Health Network, Inc. (hereinafter referred to as "Community"), is an employer as defined by 42 U.S.C. §12101 *et. seq*. and 29 U.S.C. § 2612 *et. seq*. and conducts business in the State of Indiana.

3. Ms. Garrett invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5. Plaintiff began her employment with Defendant on or about January 5, 2015 as a nurse.

6.  Prior to accepting employment, Plaintiff underwent hip surgery and was released without restrictions.

7.  At all relevant times, Plaintiff was able to perform the essential functions of her job with or without reasonable accommodation.

8.  On or about August 22, 2015, Plaintiff suffered an on-the-job injury when she injured her back while assisting a patient.

9.  Plaintiff notified Defendant of the on-the-job injury and a claim for workers compensation was opened.

10.  On or about November 4, 2015, the Defendant terminated Plaintiff's employment, stating she would have never been hired had Defendant known of her previous hip condition.

11.  Plaintiff filed a charge of discrimination with the Equal Opportunity Commission wherein she alleged discrimination under the American's with Disabilities Act of 1990 42 U.S.C. § 12101 (ADA) charge number 470-2016-01479) in or around March 2016.

12.  The Equal Employment Opportunity Commission issued Plaintiff a Right-to-Sue letter on July 20, 2016.

## COUNT I

13.  Plaintiff incorporates by reference paragraphs one through twelve (12) of her complaint for damages.

14.  Plaintiff suffers from a disability and or perceived disability as defined by the Americans with Disabilities Act, specifically hip damage.

15.  The Defendant was aware Plaintiff's disability and/or perceived disability and refused to provide reasonable accommodation when Defendant terminated her.

16. Plaintiff was able to perform the essential functions of his job, with or without reasonable accommodation.

17. The Defendant was motivated by Plaintiff's disability and/or perceived disability when it terminated her employment.

18. Non-disabled employees outside Plaintiff's protected class were treated more favorably than Plaintiff.

19. As a result of Defendant violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

## COUNT II

20. Plaintiff incorporates by reference paragraphs one (1) through nineteen (19) as fully set forth herein.

21. Plaintiff exercised a statutory right by reporting a work-related injury and seeking compensation for that injury under Indiana's Workers' Compensation Statute.

22. Defendant contravened the Indiana Workers' Compensation Statute when it terminated Plaintiff in retaliation for exercising her statutory right to report a work-related injury and to seek compensation for that injury.

23. Plaintiff's termination, by Defendant, for reporting a work-related injury and making a claim for the same is contrary to public policy and actionable under Indiana common law.

24. As a result of Defendant's actions, Plaintiff has sustained damages including, but not limited to, lost wages and benefits, and attorney fees.

WHEREFORE, Plaintiff, Julie Garrett, by counsel, respectfully requests judgment against Defendant, Community Health Network, Inc., in an amount sufficient to fairly and adequately compensate Ms. Garrett for her lost wages and benefits, injuries and damages, anguish, mental suffering, and damages, attorney fees and for all other relief just and proper in the premises.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

### REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

HENN HAWORTH CUMMINGS & PAGE
625 N. Madison Avenue, Suite A
Greenwood, Indiana 46142
(317) 885-0041
(888) 308-6503 Fax