IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIE GARRETT, | ) |
| | ) |
| Plaintiff | ) Cause No.: 1:16-CV-02678-JMS-DML |
| | ) |
| vs. | ) |
| | ) |
| COMMUNITY HEALTH NETWORK, INC. | ) |
| | ) |
| Defendant | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, the Court hereby dismisses this matter with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with the parties to bear their own costs and attorneys' fees.

Date: 8/8/2017

*[signature]*

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF- registered counsel of record via email generated by the court's ECF system.